UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
LUISA INES PARRILLA MILLAN

CASE NO. 06-05360-SEK

CHAPTER 13

DEBTOR (S)

TRUSTEE'S MOTION TO CHANGE DEBTOR(S) MAILING ADDRESS

TO THE HONORABLE COURT:

NOW COMES José R. Carrión, Chapter 13 Trustee, through the undersigned and very respectfully alleges and prays:

1. The Debtor(s) in this case have notified the Chapter 13 Trustee of a change of her/his/their address.

2. The Debtor(s) advised that her/his/their new address is:

LA PONDEROSA
418 CALLE LIRIO
RIO GRANDE   PR   00745

3. The Trustee on behalf of the Debtor(s) and in compliance of her/his/their duty to file a statement of any change of address, pursuant to Rule 4002(5) of the Federal Rules of Bankruptcy Procedure, hereby files this motion, and attaches with it, the original of her/his/their required statement, *Change of Address Notice*, signed by the debtor(s).

**WHEREFORE** the Trustee respectfully prays this Court to order the Clerk of the Bankruptcy Court to amend the Debtor(s) address of record, by substituting it with the new address stated on paragraph two (2) above.  Also, to order all other parties in interest to take notice of the Debtor(s) new mailing address.

**20 DAYS NOTICE:** In accordance with Bankruptcy Rule 2002, the Debtor(s), all Creditors and Parties in Interest in this case, are hereby notified that unless an opposition to this motion is submitted in writing within **20** days from the date appearing in the certificate of service, infra, the Court may grant this motion without the need of an actual hearing.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certified that a copy of this motion has been served on this same date to: the DEBTOR(s) via regular mail, to his address of record, and her/his/their attorney, via regular mail if not a ECFS registered user, and to all Creditors and Parties in Interest, who has filed a Notice of Appearance or requested to receive notices regarding the present case, to their respective address of record as they appear in the attached Master Address List.

In San Juan, Puerto Rico this Monday, July 11, 2011.

/s/ Jose R. Carrion
JOSE R. CARRION  CHAPTER 13 TRUSTEE
P.O. Box 9023884, Old San Juan Sta.
San Juan, P.R. 00902-3884
Tel (787)977-3535   FAX (787)977-3550


Chapter 13 & 12 Trustee
Puerto Rico & USVI

## Autorización para cambio de dirección

RE: Luisa I. Parrilla Millan   Caso No. 06-05360
(Nombre y Apellidos Deudor)

_____
(Nombre y Apellidos Deudor)

Por este medio se informa la nueva dirección postal, favor de actualizar la información y remplazar la dirección anterior por la siguiente:

Nueva Dirección: Comunidad La Ponderosa
418 calle Lirio
Rio Grande, P.R. 00745

Firma: *Luisa I Parrilla*   Fecha: 6/16/2011

Firma: _____   Fecha: _____

\* Sumamente importante se comunique lo antes posible con su abogado y se informe el cambio de dirección para que estos puedan ser actualizados en el Tribunal.

06-05360-SEK                    CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was
mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| MARILYN VALDES ORTEGA*<br>PO BOX 195596<br>HATO REY, PR 00919-5596 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE. | LUISA INES PARRILLA MILLAN<br>LA PONDEROSA<br>418 CALLE LIRIO<br>RIO GRANDE, PR 00745 |
| AUXILIO MUTUO<br>PO BOX 191227<br>San Juan, PR 00919-1227 | CAPITAL ONE BANK<br>C/O TSYS DEBT MANAGEMENT<br>PO BOX 5155<br>NORCROSS, GA 30091 |
| CITIBANK (SOUTH DAKOTA) NA<br>PO BOX 9025<br>DES MOINES, IA 50368 | CITIFINANCIAL<br>1 CITIBANK DRIVE SUITE 201<br>SAN JUAN, PR 00926-9631 |
| CITIFINANCIAL F/K/A ASSOCIATES FINANCE<br>C/O FORTUNO & FORTUNO FAS<br>PO BOX 9300<br>SAN JUAN, PR 00908 | DEPARTAMENTO DE HACIENDA<br>DIVISION DE QUIEBRAS (424-B)<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 |
| DEPT JUSTICE - FED LITIGATION<br>PO BOX 9020192<br>SAN JUAN, PR 00902-4140 | EMPRESAS BERRIOS INC<br>PO BOX 674<br>CIDRA, PR 00739-0674 |
| INTERNAL REVENUE SERVICES<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | IRS<br>PO BOX 21125<br>PHILADELPHIA, PA 19114 |
| ISLAND FINANCE A DIVISION OF SANTANDER FINANCIAL<br>PO BOX 195369<br>SAN JUAN, PR 00919-5369 | ISLAND FINANCE PUERTO RICO A DIV OF WELLS FARGO<br>4143 121 ST<br>URBANDALE, IA 50323 |
| JC PENNEY CO INC<br>PO BOX 364788<br>SAN JUAN, PR 00936-4788 | LCDA LUZ A VEGA<br>PO BOX 195369<br>SAN JUAN, PR 00919 |
| MONEY EXPRESS<br>BANKRUPTCY DIVISION<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 | MONEY EXPRESS<br>PO BOX 11890<br>SAN JUAN, PR 00922-1890 |

| | |
|---|---|
| MUEBLERIAS BERRIOS<br>PO BOX 674<br>CIDRA, PR  00739 | NATIONAL FITNESS FINANCIAL<br>PO BOX 497<br>LAYTON, UT  84041-0497 |
| PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914<br>NORFOLK, VA  23541-0914 | PUERTO RICO TELEPHONE COMPANY<br>PO BOX 360998<br>SAN JUAN, PR  00936-0998 |
| RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | TOYOTA CREDIT DE PR<br>PO BOX 366251<br>SAN JUAN, PR  00936-6251 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE<br>SAN JUAN, PR  00918 | ZALES<br>PO BOX 9722<br>GRAY, TN  37615-9722 |

DATED:   July 11, 2011

OLGA SOSA

OFFICE OF THE CHAPTER 13 TRUSTEE